**Exhibit A to the Complaint**

**Location:** Philadelphia, PA

**Total Works Infringed:** 47

**IP Address:** 173.49.164.49

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash:<br>5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash:<br>C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 11/28/2020<br>19:15:56 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 2 | Info Hash:<br>0A699E8DDCF38F52A506691FA48FF66EA86A15B4<br>File Hash:<br>45A5C9627F189D2582974B07D3278C696CDE2303599C7BBE1BDECE8D3AA56564 | 11/03/2020<br>22:03:15 | Blacked<br>Raw | 11/02/2020 | 11/24/2020 | PA0002265968 |
| 3 | Info Hash:<br>70E290BA761A02F954B46C202A914AF2EBA424A0<br>File Hash:<br>4DE4E1DE98D652627ADEEA7C33F67F8B4602B868ED5754F0AA823CA7FE03BB96 | 10/03/2020<br>22:31:28 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 4 | Info Hash:<br>31A8F8D6F5F44439A0746AC2A1FEECBC46A39FEB<br>File Hash:<br>722D74E39C11DDEF29652D55415EA1762EF6EC36A73642EC20CDEFBAB5FE5906 | 09/28/2020<br>21:31:02 | Blacked<br>Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 5 | Info Hash:<br>C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash:<br>C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 08/31/2020<br>21:22:41 | Blacked<br>Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 6 | Info Hash:<br>2E789CEFF0ADB7249007919D24A54BDE2BAEFCA5<br>File Hash:<br>FA226CFD77535D194B2C90F04A109041121A8E60A9495538D4C556650EEE4DEC | 08/28/2020<br>20:48:35 | Vixen | 08/28/2020 | 09/22/2020 | PA0002265876 |
| 7 | Info Hash:<br>BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash:<br>7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08/16/2020<br>20:00:37 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 8 | Info Hash:<br>7995AC678267712BB3819BB48E9E1DDCB1DD12E6<br>File Hash:<br>A9CE89E54D16CF2D2565296EA3EE6742B4E4C0B6903779C66BE5A4C0F1D485E7 | 08/12/2020<br>13:09:59 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash:<br>1902DE7B974CAE62FB7A5DE639C19031FC126C4B<br>File Hash:<br>781B373FEF7FD1DB9FFCC80BE5795BB9A4321D3C081FC38E6B983D49B1551E4A | 07/25/2020<br>18:28:36 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 10 | Info Hash:<br>C3557EE4CAF9EE9D7E6D96D460C365D85D571058<br>File Hash:<br>36C66D5117EC5DB61DAAF4BC82905B39929CCF8B54D96485C14C465B051A3DDD | 07/03/2020<br>22:02:48 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |
| 11 | Info Hash:<br>E9407F58E7AC3E4D0F002D6C7DB295374399E029<br>File Hash:<br>93E94D485908E0CE0D824D747E4F76C52D9AFCB79CAD56362CC477EC64C83E01 | 06/13/2020<br>21:48:16 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 12 | Info Hash:<br>E414F51C9CAEDAE13DFDFCD4D7B6E2BF537CCA2D<br>File Hash:<br>B62557344D13584F864FA15DDC51FB2E8E9968E886A66700C9838788D145111D | 06/08/2020<br>15:48:19 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 13 | Info Hash:<br>4AEB0503D97319F144CEC22BC0ECE10F8AF80B37<br>File Hash:<br>B334AC1093309FCDBCA1464C864E5345063D24749DDAEB16243A2E7DB95DF198 | 05/28/2020<br>16:35:18 | Blacked<br>Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 14 | Info Hash:<br>0EADDEAD674C02DF1F6937EA2B46CC6F34717213<br>File Hash:<br>D12AD52DF486373A53D70B7F8CA375A1227EBFC17F1C23194B7C10A13321A538 | 05/16/2020<br>11:33:00 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 15 | Info Hash:<br>11575B869DE3A034D920FFDFADEB055C540A076F<br>File Hash:<br>9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 05/04/2020<br>18:42:13 | Blacked<br>Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 16 | Info Hash:<br>8B3B424903BAA63F146C6587BBAEBD3103EBF169<br>File Hash:<br>B8D4A521EF2779064D9E14FA353690E5381774D290E7483CECB8AE4A9C25647A | 04/18/2020<br>12:25:10 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 17 | Info Hash:<br>93D0AA012ABAEFB3FE456E26D2BEBA2DC6903DFE<br>File Hash:<br>29710C484225C0BD9BD3034FE8345EF0ADEF5A9E1F75219B21769C1A79EE31AE | 04/15/2020<br>15:34:49 | Blacked<br>Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>19C1395DB67EE9441B29A89A75B34D45317E7716<br>File Hash:<br>61681AF79758E32D6375754DA00B5D5D69BA550FE876966EB444891E9E8F633C | 03/20/2020<br>18:57:53 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 19 | Info Hash:<br>E7D4F7603C091CAE426C65CAAF81DA402162AA1D<br>File Hash:<br>D2CDF8EC427473126A5F668A9854C9D13E01C4DDD3967609D3A974620A56D6C8 | 03/08/2020<br>17:48:05 | Blacked<br>Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 20 | Info Hash:<br>33F94195AFEDA778091F28D56591F3AE14EDB866<br>File Hash:<br>E514A61C7ACA9543460A99216ABD9BE7C466A6CDDCC9783A4F996E2548240887 | 02/26/2020<br>21:04:27 | Blacked<br>Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 21 | Info Hash:<br>10D79E06573B7390379B567DBB92AB9A79E90943<br>File Hash:<br>40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 02/21/2020<br>19:09:47 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 22 | Info Hash:<br>DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash:<br>5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 02/20/2020<br>19:01:12 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 23 | Info Hash:<br>51185C8E96E19B9F1E7F47647B98DF3434B759E7<br>File Hash:<br>6B098BF2E80EEDDB400147CC15800C70F6D28144076E1A4FA10FB91BEB977CCE | 02/13/2020<br>19:25:23 | Blacked<br>Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 24 | Info Hash:<br>D3476D877FBEF967D1F55CBF7AE390C8F7E2892F<br>File Hash:<br>818563EC8DA7FB6EA6E894F2E4CFFA965887099B0E30AD7E2DB101ACB7195734 | 01/29/2020<br>20:00:40 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 25 | Info Hash:<br>256BAF077E8BB6890FCFBFD0AAEC1F8FC1015E96<br>File Hash:<br>F7CBC964E129F43C96493AABC0E37138F5FFD14C5E6B35DC506E39224493481A | 01/16/2020<br>15:21:29 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 26 | Info Hash:<br>777088FD9D97AC7C49A2CC0CDBB6EAC8C0C7FC84<br>File Hash:<br>37C1FD42C5D8BACA7529DB15C5A4BD4A5FC8EF656DA2416EBC9252137881C26E | 01/14/2020<br>20:32:01 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash:<br>DA3174A0BF7AA394CD356B51DFB8205EDC6FF33D<br>File Hash:<br>652B00B92CED3C924377EC2B40D6EFE3951787059FCE3F69167083B8E06109F4 | 12/30/2019<br>20:49:08 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |
| 28 | Info Hash:<br>57D9853DD58BD4249527A78EFB20E58EB870B854<br>File Hash:<br>B5F2CC9857650373629E57B213F962494C69BC5EFDFA79C4B36E032E51A5FDA0 | 12/24/2019<br>17:18:08 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 29 | Info Hash:<br>84E3BECE3CADAE5C5DE913EEBC5F353240357A56<br>File Hash:<br>A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 12/10/2019<br>22:22:59 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 30 | Info Hash:<br>DC1259DFD7C1206E03716033BF7B23E7D6BF9842<br>File Hash:<br>EE80E103B0DD52AA38BAAC4123947867C2A7269C438AEB648E2A9DCD44777FB9 | 12/08/2019<br>23:47:16 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 31 | Info Hash:<br>7DC5428D1EBD837307A66BC522B52C7F3CEE7870<br>File Hash:<br>C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 11/25/2019<br>19:31:57 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 32 | Info Hash:<br>A9D920AC4B609531A8B0CFD947B0922A06463888<br>File Hash:<br>9C26A6317B6364A827E584CAAC25A9AC9A36801DC96D3C5870789E6D52380594 | 11/21/2019<br>19:06:10 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 33 | Info Hash:<br>0E88A66CCAB0C708774C78CAEFEBEC4EEDBEACCF<br>File Hash:<br>607A12C013F9B75E0B48C01A9B1D64908F15FDDEAE6F90A85FEAC18574F98C88 | 11/18/2019<br>19:39:31 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 34 | Info Hash:<br>1966DD7D52A5FA98961A28CB9CAFB81EEBDBFD2A<br>File Hash:<br>45C2649F6F7F08AA46A93D1D5086BDF7702AA909526AE3D7D7984F1654F6F0C6 | 11/11/2019<br>22:31:21 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 35 | Info Hash:<br>9129C8000A972FB605AA21176EC92A7B890979AB<br>File Hash:<br>5DF83ACD7891971173F2A56E238AE8352571D5F4AF56F7B997E09FB7011F869D | 10/31/2019<br>18:37:38 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash:<br>B64795AC58268CD9C422E07C69CFE21BF5817B3A<br>File Hash:<br>D635910093E18115308F865230E69E3C9BD78A158FE7F327A8E07D39DC5D7AED | 10/22/2019 18:06:33 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 37 | Info Hash:<br>9E5DDD510945C8DD46FF3E459522F0292D605EE0<br>File Hash:<br>27ACBEAFD3C064094A693AFC0818310C36EDABEFCD4508C74040DFC08488C1D6 | 10/06/2019 18:21:35 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 38 | Info Hash:<br>DD91540873F098618A5D729B26E8533FFBA85D24<br>File Hash:<br>B16DBB0039283414C291A8D398BD207144DE8D8B2F70986C884B99E69E636D78 | 10/04/2019 19:06:20 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 39 | Info Hash:<br>DF073BB905FA736618C4185BB388B1C2F681BF59<br>File Hash:<br>69DBBB44BA79EB1F36D89474160E2775F570756E5F5A3A17089B00D62E7130DA | 09/23/2019 14:21:00 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 40 | Info Hash:<br>C01A6496A4CE7279BCECCF72ABD4092923DF9F05<br>File Hash:<br>C2127D55357F557033CF96C6EC67AA7D0A9C17F34CCA6C87F1CE6313CF1BB985 | 09/21/2019 18:49:13 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 41 | Info Hash:<br>AE71CD71FE301E6D4F98424CD05705EA6C3AA4E6<br>File Hash:<br>2761D8C5A9D5E89342C135DA45A9465C54877C4CA6FB1E0174400417AB8397D0 | 09/17/2019 18:51:55 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 42 | Info Hash:<br>4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash:<br>DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 09/16/2019 20:12:11 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 43 | Info Hash:<br>E3A8C18869DAC69874DC78556D8EE2B1BA4AC5EA<br>File Hash:<br>80FD8819A29C3FD8D153E45E10848D0C7A481FF71B7CB02776C1154E17D5BEAE | 09/07/2019 19:31:14 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 44 | Info Hash:<br>3C77BD45174BF15C9715DA74C9C1872CA8D3D47B<br>File Hash:<br>7D2FCF93D9B95AA67FFE6D7B7AE0BF323C59E9984F77B7CE7F9AC7BDEAA974A4 | 09/03/2019 21:19:26 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash:<br>B071CD0DD8D8C3104E124CAD387BECC6BB3E273F<br>File Hash:<br>AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 09/03/2019<br>14:47:57 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 46 | Info Hash:<br>C4A30E1E761593D47F7C6DB568CD95BF751EA502<br>File Hash:<br>370B4B5B857F40AE5E5A06F8678CD6DA29A3DADB10E914DE2C172C7FA1FBF7F9 | 09/03/2019<br>14:33:35 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 47 | Info Hash:<br>59C7C0856832FC39795D8ECAEE7C3B08A1B2A61A<br>File Hash:<br>0AD0CF56E8E320828D26D9D43538F4EDAA02E0656180FAE12E8B1201AE5BD0F0 | 08/30/2019<br>13:15:06 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |